# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-1916

———————————————

David Librace

*Plaintiff - Appellant*

v.

Andre Valley

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Eastern Division

——————————

Submitted: December 26, 2018
Filed: January 16, 2019
[Unpublished]

——————————

Before LOKEN, BOWMAN, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

David Librace appeals following the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint against City of Helena-West Helena city attorney Andre

———————————————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas.

Valley.  Upon de novo review, we conclude that dismissal was proper.  *See Levy v. Ohl*, 477 F.3d 988, 991 (8th Cir. 2007) (standard of review).  Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____